IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES,

    Plaintiff,

v.                                                   CASE NO. 1:03-cv-00046-MP-AK

BANK ACCOUNT IN THE NAME OF ROSIE CAPITAL LLC MAINTAINED AT
EURO-BANK CORPORATION GEORGE TOWN GRAND CAYMAN AND THE BALANCE
CONTAINED THEREIN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report of Rule 26(f) Planning Meeting. The Court has reviewed the Report and hereby approves it. The Clerk is directed to set the appropriate deadlines therein.

**DONE AND ORDERED** this _29th_ day of April, 2005

                                      *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge