IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES,

    Plaintiff,

v.                                          CASE NO. 1:03-cv-00046-MP-AK

BANK ACCOUNT IN THE
NAME OF ROSIE CAPITAL LLC, etc.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23 filed by Robert Petrie, dubbed a Motion for Clarification of Agreement by the Clerk's Office. The document does not seek any relief from the Court, however, and is merely addressed to the government. Accordingly, for housekeeping purposes doc. 23 is denied as moot.

    **DONE AND ORDERED** this  *25th*  day of August, 2005

                                   *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge