IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.                                              **CASE NO. 1:03-cv-00046-MP-AK**

**BANK ACCOUNT In The Name Of
ROSIE CAPITAL LLC Maintained
At Euro-Bank Corporation, George
Town, Grand Cayman, And The Balance
Contained Therein,**
        **Defendant.**
_____/

## DECREE OF FORFEITURE

On March 10, 2003, a Verified Complaint of Forfeiture In Rem against the Defendant, Bank Account In The Name Of Rosie Capital LLC Maintained At Euro-Bank Corporation was filed on behalf of the Plaintiff, United States of America.  The complaint alleges that the Defendant, Bank Account In The Name Of Rosie Capital LLC Maintained At Euro-Bank Corporation, is forfeitable to the United States of America pursuant to 18 U.S.C. § 981 (a)(1)(A) and (a)(1)(C).

It appears that process was fully issued in this action according to law:

That Lisa Petrie and Robert R. Petrie have filed claims to the defendant property.

That on April 19, 2004, a Notice of Action and Arrest was published in the Cayman Net News, Grand Cayman.

That no other person or entity has filed a claim.

That this matter has been settled and a copy of the Settlement Agreement is attached.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree Of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that the compromised amount contained in Bank Account In The Name Of Rosie Capital LLC Maintained At Euro-Bank Corporation, George Town, Grand Cayman, be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The Defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *4th*   day of October, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge